IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL U. FRIENDLY, #137128, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09-cv-313-TMH |
| | ) | [WO] |
| | ) | |
| CHERYL PRICE, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# **ORDER**

On June 10, 2009, the Magistrate Judge filed a Recommendation (Doc. 13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 13) of the Magistrate Judge is ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner on May 23, 2008, be DENIED.

3. This cause of action be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as Petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

Done this  29th  day  of June, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE